U.S. POSTAGE PAID
FCM LG ENV
FAIRPORT, NY 14450
FEB 01, 2024
$3.31
R2304E107097-22





D. ALAN
219 TALMAN LN.
FAIRPORT, N.Y. 14450

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF N.Y.
KENNETH B. KEATING FEDERAL BLDG.  RM. 2120
100 STATE ST.
ROCHESTER, N.Y. 14614